1   JOHN P. DESMOND, ESQ.
    Nevada State Bar No. 5618
2   jpd@jonesvargas.com
    JUSTIN J. BUSTOS, ESQ.
3   Nevada State Bar No. 10320
    jbustos@jonesvargas.com
4   MIRANDA MAHE, ESQ.
    Nevada State Bar No. 12032
5   mmahe@jonesvargas.com
    JONES VARGAS
6   300 East Second Street, Suite 1510
    PO Box 281
7   Reno, Nevada 89504-0281
    Telephone: (775) 786-5000
8
    Attorneys for Plaintiff
9   *BTAZ Nevada, LLC*

10

11

                    **UNITED STATES DISTRICT COURT**
12
                         **DISTRICT OF NEVADA**
13

| | |
|---|---|
14   BTAZ NEVADA, LLC, a Nebraska          )   CASE NO.    3:11-cv-00746-RCJ-VPC
    limited liability company,            )
15                                        )
                       Plaintiff,         )
16                                        )
         vs.                              )   **ORDER**
17                                        )
    TRUCKEE RIVER RANCH, LLC,             )
18   a Nevada limited liability company, and )
    RO CATTLE COMPANY, LLC, a             )
19   Nevada limited liability company,    )
                                          )
20                     Defendants.        )
    _____)

21          Presently before the Court are Plaintiff BTAZ Nevada, LLC's Ex Parte Motion For An Order

22   to Show Cause Why Prejudgment Writ of Attachment Should Not Issue (# 2[1]) and Motion for Order

23   to Show Cause Why Prejudgment Writ of Garnishment in Aid of Attachment Should Not Issue (#

24   10).

25          On October 18, 2011, this Court issued a Minute Order (# 4) scheduling oral argument for

26   October 25, 2011, at 10:00 a.m. in Reno Courtroom 6.  On October 20, 2011, Plaintiff filed

27   Affidavits of Service (## 7, 8) indicating that Defendants, Truckee River Ranch, LLC and RO Cattle

28   _____

[1] Refers to the Court's Docket number.
                                          Page 1 of 3
1732619.docx

JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

1   Company, LLC, were served with the Court's October 25, 2011, Minute Order along with Plaintiff's

2   Ex Parte Motion for Order to Show Cause.

3       The Court heard this matter on October 25, 2011. Defendants failed to appear or otherwise

4   oppose Plaintiff's motions. As a preliminary matter, the Court finds that Plaintiff has established the

5   availability of attachment as there is a contract for the direct payment of money at issue here. The

6   facts presented before the court show that Plaintiff has raised a meritorious claim. Plaintiff has

7   raised serious questions which indicate a claim for relief. Further, through the affidavit in support

8   of the Motion for Order to Show Cause Why Prejudgment Writ of Garnishment in Aid of

9   Attachment Should Not Issue (# 10), Plaintiff has shown that Truckee River Ranch, LLC has

10  already begun concealing or selling some of the 500 tons of hay and may conceal or sell the rest of it

11  and that RO Cattle Company, LLC has already sold the 733 cattle. Good cause appearing,

12      IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion for Order to Show Cause Why

13  Prejudgment Writ of Attachment Should Not Issue is GRANTED.

14      IT IS FURTHER ORDERED that Plaintiff's Motion for Order to Show Cause Why

15  Prejudgment Writ of Garnishment in Aid of Attachment Should Not Issue is hereby GRANTED.

16      The amount for which the attachment and garnishment will issue in this action is

17  $396,423.45.

18      Prior to attachment and garnishment, a written undertaking on the part of Plaintiff payable in

19  lawful money of the United States in a sum equal to the value of the property attached shall be given

20  before the Writs herein will issue.

21      The names of all third persons upon whom writs of garnishment in aid of writ of attachment

22  may be served are:  Superior Livestock Auction, a Texas corporation

23      After the issuance of said writs of attachment and garnishment, Plaintiff may cause said

24  writs to be served by private process server, United States Marshall, or as otherwise permitted by the

25  Federal Rules of Civil Procedure.

26      The property to be attached and garnished is properly described as follows:

27      1.    500 tons of hay belonging to Truckee River Ranch, LLC that is or was on the

28  property at issue in this action.

JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

Page 2 of 3

1732619.docx

2.     The proceeds, up to $396,423.45, owed to Defendant RO CATTLE COMPANY, LLC, for the sale of 733 cattle that were grazed on the property at issue in this action.

The U.S. Marshall may attach Truckee River Ranch, LLC's hay through placing Clyde Magnuson (phone number 435-749-1034), the new Ranch Manager of the property at issue here, as the keeper in charge of the hay as provided for in NRS 31.060(2)(b).

IT IS SO ORDERED.

Dated: 11-02-2011

_____
UNITED STATES DISTRICT JUDGE

1732619.docx

1   JOHN P. DESMOND, ESQ.
    Nevada State Bar No. 5618
2   jpd@jonesvargas.com
    JUSTIN J. BUSTOS, ESQ.
3   Nevada State Bar No. 10320
    jbustos@jonesvargas.com
4   MIRANDA MAHE, ESQ.
    Nevada State Bar No. 12032
5   mmahe@jonesvargas.com
    JONES VARGAS
6   300 East Second Street, Suite 1510
    PO Box 281
7   Reno, Nevada 89504-0281
    Telephone: (775) 786-5000
8   Attorneys for Plaintiff
    *BTAZ Nevada, LLC*
9

10

11              UNITED STATES DISTRICT COURT

                     DISTRICT OF NEVADA

12

13   BTAZ NEVADA, LLC, a Nebraska          )   CASE NO.   3:11-cv-00746-RCJ-VPC
     limited  liability company,           )
14                                         )
             Plaintiff,                    )
15                                         )
                                           )
     vs.                                   )   **WRIT OF ATTACHMENT**
16                                         )
     TRUCKEE RIVER RANCH, LLC,             )
17   a Nevada limited liability company, and )
     RO CATTLE COMPANY, LLC, a             )
18   Nevada limited liability company,     )
                                           )
19           Defendants.                   )
                                           )

20

21   THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA TO THE U.S.
     MARSHALL, GREETINGS:

22
         YOU ARE HEREBY COMMANDED to attach and safely keep the property of the
23
     Defendants, or appoint Clyde Magnuson as keeper of the property of the Defendants, in order to
24
     satisfy the Plaintiff's demand of $396,423.45 exclusive of interest and costs.
25
         The property to be attached, which is not exempt from execution and the value of which
26
     does not exceed the Plaintiff's demand, is described as follows: 500 tons of hay belonging to
27
     Truckee River Ranch, LLC that is or was on the property at issue in this action.  The 500 tons of hay
28

                              Page 1 of 2

1732887.docx

(left margin vertical text) JONES VARGAS  300 East Second Street, Suite 1510  P.O. Box 281  Reno, NV 89504-0281  Tel: (775) 786-5000  Fax: (775) 786-1177

1  was last believed to be located next to the livestock pens on the RO Ranch, RO Ranch Road, Round

2  Mountain, Nevada.

3       If the Defendant shall give you security in lawful money of the United States or by posting a

4  bond or by the undertaking of at least two sufficient sureties in an amount equal to the lesser of the

5  Plaintiff's demand exclusive of costs or the value of the property levied upon, then you shall accept

6  such bond or undertaking in lieu of attaching the aforesaid property.  You are required to serve and

7  return this Writ and with the results of your levy endorsed thereon.

8

9  Dated this 2nd day of November, 2011.

10

11                                UNITED STATES DISTRICT JUDGE

12  Prepared & Submitted by:

13  JONES VARGAS

14

15  By:  /s/ John P. Desmond

16      JOHN P. DESMOND
    Nevada State Bar No. 5618

17      JUSTIN J. BUSTOS
    Nevada State Bar No. 10320

18      MIRANDA MAHE
    Nevada State Bar No. 12032

19      300 East Second Street, Suite 1510
    P.O. Box 281

20      Reno, NV 89504-0281

21      Attorneys for Plaintiff
    *BTAZ Nevada, LLC*

22

23

24

25

26

27

28

JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

Page 2 of 2

1732887.docx

JOHN P. DESMOND, ESQ.
Nevada State Bar No. 5618
jpd@jonesvargas.com
JUSTIN J. BUSTOS, ESQ.
Nevada State Bar No. 10320
jbustos@jonesvargas.com
MIRANDA MAHE, ESQ.
Nevada State Bar No. 12032
mmahe@jonesvargas.com
JONES VARGAS
300 East Second Street, Suite 1510
PO Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000

Attorneys for Plaintiff
*BTAZ Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BTAZ NEVADA, LLC, a Nebraska limited liability company, | CASE NO.   3:11-cv-00746-RCJ-VPC |
| Plaintiff, | |
| vs. | **WRIT OF GARNISHMENT** |
| TRUCKEE RIVER RANCH, LLC, a Nevada limited liability company, and RO CATTLE COMPANY, LLC, a Nevada limited liability company, | |
| Defendants. | |

TO:  RO CATTLE COMPANY, LLC, and SUPERIOR LIVESTOCK AUCTIONS:

You are hereby notified that you are attached as garnishee in the above-entitled action and you are commanded not to pay any debt due from yourself to Plaintiff BTAZ NEVADA, LLC ("Plaintiff"), and that you must retain possession and control of all personal property, money, credits, debts, and effects and choses in action of said Plaintiff, in order that the same may be dealt with according to law; where the amount you shall retain shall be used in accordance with 15 United States Code § 1673 and Nevada Revised Statutes § 31.295. Plaintiff states that it has good reason to believe, and does believe that RO Cattle Company, LLC has property, money, goods, and chattels,

Page 1 of 4

1732865.docx

1   credits, or effects, in your hands and under your custody and control belonging to said Plaintiff

2   described as the proceeds from the sale of 733 Cattle, which have a delivery date in November

3   2011.

4          YOU ARE REQUIRED within 20 days from the date of service of this Writ of Garnishment

5   to answer the interrogatories set forth herein and to return your answers to the United States

6   Marshall which has issued this Writ of Garnishment.   In case of your failure to answer the

7   interrogatories within 20 days, a judgment by default in the amount due the Plaintiff may be entered

8   against you.

9          YOU ARE FURTHER REQUIRED to serve a copy of your answers to the Writ of

10   Garnishment on Plaintiff's attorney whose address appears below.

          Dated this 2nd day of November, 2011.

11

12   JONES VARGAS

13

14   By: _/s/ John P. Desmond_                          By:_____
         JOHN P. DESMOND                                    UNITED STATES DISTRICT JUDGE
15       Nevada State Bar No. 5618
         JUSTIN J. BUSTOS
16       Nevada State Bar No. 10320
         MIRANDA MAHE
17       Nevada State Bar No. 12032
         300 East Second Street, Suite 1510
18       P.O. Box 281
         Reno, NV 89504-0281
19
         Attorneys for Plaintiff
20       *BTAZ Nevada, LLC*

21
             **INTERROGATORIES TO BE ANSWERED BY THE GARNISHEE UNDER OATH**
22

23   1.     Are you in any manner indebted to the Defendant, RO Cattle Company, LLC ("Defendant"),

24   either in property or money, and is the debt now due?  If not due, when is the debt to become due?

25   State fully all particulars:

26   ANSWER:

27

28

1732865.docx

*Left margin:* JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

2.      Did you have in your possession, in your charge or under your control, on the date the Writ of Garnishment was served upon you any money, property, effects, goods, chattels, rights, credits or choses in action of the Defendant, or in which Defendant is interested? If so, state its value and state fully all particulars.

ANSWER:

3.      Do you know of any debts owing to the Defendant, whether due or not due, or any money, property, effects, goods, chattels, rights, credits or choses in action, belonging to the Defendant, or in which Defendant is interested, and now in the possession or under the control of others? If so, state particulars.

ANSWER

Page 3 of 4

1732865.docx

4.      State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.

ANSWER:

_____
Garnishee

STATE OF NEVADA          )
                         ) ss.
COUNTY OF CHURCHILL )

       I, _____, do solemnly swear (or affirm) that the answers to the foregoing interrogatories subscribed by me are true.

_____
Garnishee

SUBSCRIBED and SWORN to before
me this _____ day of _____, 2011.

_____
Notary Public

JONES VARGAS
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

1732865.docx

## INSTRUCTIONS TO THE UNITED STATES MARSHAL

| | |
|---|---|
| BTAZ NEVADA, LLC, a Nebraska<br>limited liability company,<br><br>               Plaintiff,<br><br>    vs.<br><br>TRUCKEE RIVER RANCH, LLC,<br>a Nevada limited liability company, and<br>RO CATTLE COMPANY, LLC, a<br>Nevada limited liability company,<br><br>              Defendants. | CASE NO.    3:11-cv-00746-RCJ-VPC |

## UNITED STATES DISTRICT COURT,
## DISTRICT OF NEVADA

### TO:  UNITED STATES MARSHAL:

You are hereby instructed to <u>execute on the Writ of Attachment and Garnishment</u> by virtue of the attached Writ of Attachment and Writ of Garnishment in aid of Attachment, in the above-entitled suit, by following the below instructions:

(1)    Serve, via U.S. Mail, the Notice of Attachment/Execution on the named Defendants, TRUCKEE RIVER RANCH, LLC, and RO CATTLE COMPANY, LLC, at their last known address, 2258 Reno Highway, Ste. B, Fallon, NV 89406, pursuant to N.R.S. 21.076.

(2)    Serve the Writ of Garnishment on SUPERIOR LIVESTOCK AUCTION, a Texas corporation at 131 E. Exchange Ave., Ste 121, Fort Worth, TX 76164 and on TRUCKEE RIVER RANCH, LLC at 2258 Reno Highway, Ste. B, Fallon, NV 89406.

(3)    Attach and keep safely all monies owed to plaintiff or appoint Clyde Magnuson (phone number 435-749-1034) as a keeper to keep safely all monies owed to plaintiff

(4)    Inform the undersigned when the Writ of Attachment and Writ of Garnishment in aid of Attachment have been served.

It is hereby acknowledged that vague or otherwise unenforceable instructions shall not be processed and will be returned to the preparer for redrafting.  Bench Warrants must include DOB, and Social Security Number.  Instructions to execute on vehicles must include VIN #,

1

1732932.docx

make, model, year, Lic. # and color.  All other personal or real property attached or executed upon must have complete description.  Advance money deposit is required with all instructions on property to be placed in storage or in custody of a keeper (NRS 31.065).  Incomplete or unsigned instructions will not be accepted for service.

DATED this 2nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

Prepared & Submitted by:

**JONES VARGAS**


By:  /s/ John P. Desmond
JOHN P. DESMOND
Nevada State Bar No. 5618
JUSTIN J. BUSTOS
Nevada State Bar No. 10320
MIRANDA MAHE
Nevada State Bar No. 12032
300 East Second Street, Suite 1510
P.O. Box 281
Reno, NV 89504-0281

Attorneys for Plaintiff
*BTAZ Nevada, LLC*

2

## MARSHAL'S COMMENTS AND/OR ACTIONS

Include dates, times and mileage.  Verify all VINs before calling tow service.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3

1732932.docx