UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BTAZ NEVADA, LLC, a Nebraska limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>TRUCKEE RIVER RANCH, LLC, a Nevada limited liability company, and RO CATTLE COMPANY, LLC, a Nevada limited liability company,<br><br>            Defendants. | CASE NO.: 3:11-cv-00746-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TRUCKEE RIVER RANCH, LLC, a Nevada limited liability company,<br><br>            Counterclaimant,<br><br>vs.<br><br>BTAZ NEVADA, LLC, a Nebraska limited liability company,<br><br>            Counterdefendant | |

      Plaintiffs/Counterdefendant, BTAZ NEVADA, LLC, and Defendants/Counterclaimants TRUCKEE RIVER RANCH, LLC and RO CATTLE COMPANY, LLC by and through their undersigned counsel of record, hereby stipulate and agree that all claims and counterclaims in the above-entitled matter may be dismissed with prejudice, with each party to bear their own attorneys fees and costs.

WHITEHEAD & WHITEHEAD
10389 DOUBLE R BLVD.
RENO, NV 89521
(775) 823-7700

# AFFIRMATION

## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document filed in or submitted does not contain the social security number of any person.

Dated this __7th__ day of February 2013.　　　Dated this __8th__ day of February 2013.

GORDON SILVER　　　　　　　　　　　　　WHITEHEAD & WHITEHEAD

/s/ Justin J. Bustos
Justin J. Bustos
Gordon Silver
100 W. Liberty Street
Suite 940
Reno, NV 89501
(775) 343-7500
(775) 786-0131 (fax)
JBustos@gordonsilver.com
Attorney for Plaintiff/Counterdefendant

Jonathan J Whitehead
Whitehead & Whitehead
10389 Double R Blvd
Reno, NV 89521
775-823-7700
775-823-7709 (fax)
jonathan@jjwhitehead.com
Attorney for Defendants/Counterclaimant

In association with

R. Scott Jamieson
Law Office of R. Scott Jamieson
548 W. Plumb Lane
Reno, NV 89509
775-823-7777
775-825-7881 (fax)
rsjamieson@sbcglobal.net

## ORDER

Based upon the foregoing stipulation of the parties, this action is hereby dismissed with prejudice as to all Defendants.

**IT IS SO ORDERED.**

Dated this 20th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE

WHITEHEAD & WHITEHEAD
10389 DOUBLE R BLVD.
RENO, NV 89521
(775) 823-7700

2