UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BTAZ NEVADA, LLC, a Nebraska limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>TRUCKEE RIVER RANCH, LLC, a Nevada limited liability company, and RO CATTLE COMPANY, LLC, a Nevada limited liability company,<br><br>    Defendants. | CASE NO.: 3:11-cv-00746-RCJ-VPC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TRUCKEE RIVER RANCH, LLC, a Nevada limited liability company,<br><br>    Counterclaimant,<br><br>vs.<br><br>BTAZ NEVADA, LLC, a Nebraska limited liability company,<br><br>    Counterdefendant | |

    Plaintiffs/Counterdefendant, BTAZ NEVADA, LLC, and Defendants/Counterclaimants TRUCKEE RIVER RANCH, LLC and RO CATTLE COMPANY, LLC by and through their undersigned counsel of record, hereby stipulate and agree that all claims and counterclaims in the above-entitled matter may be dismissed with prejudice, with each party to bear their own attorneys fees and costs.

# AFFIRMATION

**Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document filed in or submitted does not contain the social security number of any person.

Dated this __7th__ day of February 2013.      Dated this __8th__ day of February 2013.

GORDON SILVER                                  WHITEHEAD & WHITEHEAD

/s/ Justin J. Bustos
Justin J. Bustos                               Jonathan J Whitehead
Gordon Silver                                  Whitehead & Whitehead
100 W. Liberty Street                          10389 Double R Blvd
Suite 940                                      Reno, NV 89521
Reno, NV 89501                                 775-823-7700
(775) 343-7500                                 775-823-7709 (fax)
(775) 786-0131 (fax)                           jonathan@jjwhitehead.com
JBustos@gordonsilver.com                       Attorney for Defendants/Counterclaimant
Attorney for Plaintiff/Counterdefendant

In association with

R. Scott Jamieson
Law Office of R. Scott Jamieson
548 W. Plumb Lane
Reno, NV 89509
775-823-7777
775-825-7881 (fax)
rsjamieson@sbcglobal.net

## ORDER

Based upon the foregoing stipulation of the parties, this action is hereby dismissed with prejudice as to all Defendants.

**IT IS SO ORDERED.**

Dated this 20th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE